**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Carlos Enrique PORTILLO–QUIROZ,
aka Adan Salazar–Hernandez,
Defendant–Appellant.**

**No. 08–50149.**

United States Court of Appeals,
Ninth Circuit.

Submitted Dec. 17, 2008.*

Filed Jan. 14, 2009.

Mark Conover, Office of the U.S. Attorney, San Diego, CA, for Plaintiff–Appellee.

Joseph McMullen, Federal Defenders of San Diego, Inc., San Diego, CA, for Defendant–Appellant.

Before: GOODWIN, TROTT, and RYMER, Circuit Judges.

MEMORANDUM **

Carlos Enrique Portillo–Quiroz appeals from the 21–month sentence imposed following his guilty-plea conviction for being a deported alien found in the United States, in violation of 8 U.S.C. § 1326. We have jurisdiction under 28 U.S.C. § 1291. We affirm, but remand to correct the judgment.

Portillo–Quiroz contends that his above-Guidelines range sentence is unreasonable because the district court did not give sufficient weight to the Guidelines range relative to other factors enumerated in 18 U.S.C. § 3553(a). We conclude that the

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

district court properly considered the Guidelines range as a factor among all of the § 3553(a) factors, and that the sentence is reasonable. *See United States v. Carty,* 520 F.3d 984, 993–95 (9th Cir.2008) (en banc); *see also United States v. Mohamed,* 459 F.3d 979, 988–89 (9th Cir. 2006).

In accordance with *United States v. Rivera–Sanchez,* 222 F.3d 1057, 1062 (9th Cir. 2000), we remand the case to the district court with instructions that it delete from the judgment the incorrect reference to 8 U.S.C. § 1326(b). *See United States v. Herrera–Blanco,* 232 F.3d 715, 719 (9th Cir.2000) (remanding sua sponte to delete the reference to § 1326(b)(2)).

**AFFIRMED; REMANDED with instructions to correct the judgment.**

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.